UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRIETTA FTIKAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA PIPELINE GROUP, INC., ROBERT C. SKAGGS, JR., STEPHEN P. SMITH, and GLEN L. KETTERING,<br><br>Defendants. | CIVIL ACTION NO. 1:18-cv-03670-GBD |



**JOINT STIPULATION AND [REDACTED] ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

Movants The Arbitrage Fund and Henrietta Ftikas by and through their undersigned counsel, hereby stipulate as follows, subject to the Court's approval, concerning the appointment of Lead Plaintiff and selection of Lead Counsel in this action.

WHEREAS, on April 25, 2018, Henrietta Ftikas initiated the above-captioned action by filing a complaint in the United States District Court for the Southern District of New York asserting claims under Sections 14(a) and 20(a) of the Securities Exchange Act, 15 U.S.C. §§78n(a), 78t(a), and Rule 14a-9 promulgated thereunder by the SEC, 17 C.F.R. §240.14a-9;

WHEREAS, on June 29, 2018, The Arbitrage Fund filed a Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel in this action ("The Arbitrage Fund's Motion") (ECF No. 8);

WHEREAS, on July 13, 2018, Plaintiff Henrietta Ftikas filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Ftikas Motion") (ECF No. 16), and

a Memorandum in Opposition to The Arbitrage Fund's Motion (the "Ftikas Opposition) (ECF No. 14);

WHEREAS, the time period during which class members may move herein to be appointed as lead plaintiff under 15 U.S.C. § 78u-4(a)(3)(A) has expired;

WHEREAS, The Arbitrage Fund is the presumptive Lead Plaintiff in this action under 15 U.S.C. § 78u-4(a)(3)(B)(iii) as it has the largest financial interest in the relief sought by the class, and satisfies all applicable requirements of Federal Rule of Civil Procedure 23; and

WHEREAS, the undersigned attorneys for The Arbitrage Fund and Plaintiff Henrietta Ftikas have met and conferred, and enter into this stipulation to resolve the outstanding motions for Lead Plaintiff appointment and selection of Lead Counsel.

IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. The Ftikas Motion (ECF No. 16), Ftikas Opposition (ECF No. 14) and supporting submissions (ECF Nos. 15, 17-18) are hereby withdrawn;

2. The Arbitrage Fund's Motion is granted, and the Arbitrage Fund is appointed to serve as Lead Plaintiff in this action pursuant to 15 U.S.C. § 78u-4(a)(3)(B);

3. The law firm of Entwistle & Cappucci LLP is appointed to serve as Lead Counsel for the class pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

4. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned action, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in this action are consolidated for all purposes;

5. This action shall be captioned "*In re Columbia Pipeline, Inc. Securities Litigation*" and shall be maintained under Master File No. 18-cv-03670-GBD; and

2

6.  This Order shall apply to this action and to each case that relates to the same subject matter that is subsequently filed in this Court, or is transferred to this Court, and consolidated with this action.

Dated: July 30, 2018
New York, New York

Respectfully submitted,

_____
Shannon L. Hopkins
Nicholas I. Porritt
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500

*Counsel for Henrietta Ftikas*

_____
Andrew J. Entwistle
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200

*Counsel for The Arbitrage Fund*

[JUL 3 0 2018]

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

3