UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| HENRIETTA FTIKAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA PIPELINE GROUP, INC., ROBERT C. SKAGGS, JR., STEPHEN P. SMITH, GLEN L. KETTERING,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-cv-03670<br><br>[~~ ~~] **INITIAL CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and in compliance with the Court's Initial Pretrial Conference Order (ECF Dkt. No. 3), the parties, by their undersigned counsel, submit this proposed Case Management Plan and Scheduling Order in advance of the initial pretrial conference scheduled for ~~July 26,~~ **Sept. 6,** 2018 at 9:30 a.m.

As further background on the current status of the above-entitled matter (the "Action"), the parties state that:

This proceeding was commenced on April 25, 2018. On June 8, 2018, a second putative class action was filed in the United States District Court of Delaware captioned *The Arbitrage Fund v. Columbia Pipeline Group, Inc.*, 18-cv-861 (D. Del.) (the "Delaware Action") that asserts Securities Exchange Act of 1934 claims on behalf of the same purported class based on substantially similar allegations as in the above-entitled Action. The plaintiff in the Delaware Action, The Arbitrage Fund, has moved to be Lead Plaintiff both in this Action (Dkt. No. 8) and in the Delaware Action. The plaintiff in this Action, Henrietta Ftikas, has opposed The Arbitrage Fund's motion in this Action (Dkt. No. 14), and has also moved to be Lead Plaintiff in this

Action (Dkt. No. 16) (Ftikas is hereinafter referred to, together with The Arbitrage Fund, as the "Proposed Lead Plaintiffs").

Proposed Lead Plaintiffs and Counsel for Defendants participated in various meet-and-confers starting on July 11, 2018, and discussed those matters set forth in Fed. R. Civ. P. 26 and the Court's Initial Pretrial Conference Order. The Proposed Lead Plaintiffs and Counsel for Defendants submit the following agreed-upon schedule, subject to the Court's approval:

1. The court in which this Action and the Delaware Action shall be consolidated shall be determined by voluntary resolution of the Proposed Lead Plaintiffs, motion by Defendants, or, if necessary, referral to the multi-district litigation panel.

2. If the consolidated action proceeds in this Court, the appointed Lead Plaintiff shall file an amended complaint within 60 days of the later of appointment of Lead Plaintiff or consolidation of the two actions (the "Amended Complaint").

3. Defendants shall answer, move or otherwise respond to the Amended Complaint within 60 days of the filing of the Amended Complaint. If Defendants move against the Amended Complaint, then answering papers are to be served within forty-five (45) days. Reply papers are to be served within thirty (30) days.

4. Unless otherwise ordered by the Court upon finding, on the motion of any party, that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party, all discovery shall be stayed during the pendency of any motion to dismiss submitted by Defendants, pursuant to the Private Securities Litigation Reform Act ("PSLRA"). 15 U.S.C. § 77z-1(b)(1).

5. If any claims remain after the Court's ruling on Defendants' motion to dismiss, counsel for the appointed Lead Plaintiff and counsel for Defendants will confer and provide a

proposed case management order within 30 days of the issuance of the Court's ruling on Defendants' motion to dismiss.

6. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

Respectfully submitted,

*[signature]*

Andrew J. Entwistle
Vincent R. Cappucci
Jonathan H. Beemer
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
jbeemer@entwistle-law.com

*Counsel for Proposed Lead Plaintiff The Arbitrage Fund and Proposed Lead Counsel for the Class*

David R. Scott
William C. Fredericks
**SCOTT & SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
david.scott@scott-scott.com
wfredericks@scott-scott.com

*Additional Counsel for Proposed Lead Plaintiff The Arbitrage Fund*

/s/ *signature*

Eduard Korsinsky
Nicholas I. Porritt
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
ek@zlk.com
nporritt@zlk.com

*Attorneys for Plaintiff Henrietta Ftikas*

/s/ *signature*

Brian J. Massengill
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7268
Facsimile: (312) 701-7711
bmassengill@mayerbrown.com

*Counsel for Defendants*

Dated: July __, 2018                SO ORDERED:

JUL 3 1 2018

_____
GEORGE B. DANIELS
United States District Judge