UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

THE ARBITRAGE FUND and HENRIETTA FITKAS, Individually and On Behalf of All Others Similarly Situated,

                        Plaintiffs,

   -against-

COLUMBIA PIPELINE GROUP, INC.; ROBERT C. SKAGGS, JR.; STEPHEN P. SMITH; GLEN L. KETTERING; SIGMUND L. CORNELIUS; MARTY R. KITTRELL; W. LEE NUTTER; DEBORAH S. PARKER; LESTER P. SILVERMAN; and TERESA A. TAYLOR;

                        Defendants.

------------------------------------------------------------------ x

<u>ORDER</u>

18 Civ. 3670 (GBD)
18 Civ. 7127 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is hereby ORDERED to close the above-captioned actions.

Dated: New York, New York
       November 1, 2019

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge